In the Matter of the Claim of ROSALIND CARUSO, against
GENERAL ELECTRIC COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 2, 1929; decided October 22, 1929.)

*Edward C. Jerome* and *Charles W. Brown* for appellant.
*Hamilton Ward, Attorney-General (E. C. Aiken* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.